OHM PARAM SHANTI LLC
233 CRITTENDEN DRIVE
NEWTOWN, PA 18940

Tasnuva Shamsher
384 Avon Road
Upper Darby, PA 19082

Direct Deposit

| **Employee Pay Stub** | | Check number: 1864 | | | Pay Period: 11/25/2018 - 12/08/2018 | | Pay Date: 12/14/2018 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | |
| Tasnuva Shamsher, 384 Avon Road, Upper Darby, PA 19082 | | | | | ***-**-6946 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Gross Wages | 80:00 | 9.50 | 760.00 | 16,766.00 |
| Overtime (x1.5) hourly | 34:45 | 14.25 | 495.19 | 13,520.63 |
| | 114:45 | | 1,255.19 | 30,286.63 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Service Tax | 0.00 | -52.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -49.00 | -1,300.00 |
| Social Security Employee | -77.82 | -1,877.77 |
| Medicare Employee | -18.20 | -439.16 |
| PA - Withholding | -38.53 | -929.80 |
| PA - Unemployment | -0.75 | -18.17 |
| | -184.30 | -4,616.90 |

| | Current | YTD Amount |
|---|---|---|
| **Net Pay** | 1,070.89 | 25,669.73 |

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - ******9412 | | | 1,070.89 |
| **Paid Time Off** | Earned | YTD Used | Available |
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

**Memo**

Direct Deposit

OHM PARAM SHANTI LLC, 233 CRITTENDEN DRIVE, NEWTOWN, PA 18940

OHM PARAM SHANTI LLC
233 CRITTENDEN DRIVE
NEWTOWN, PA 18940

Tasnuva Shamsher
384 Avon Road
Upper Darby, PA 19082

Direct Deposit

| Employee Pay Stub | | Check number: 1871 | | | | Pay Period: 12/09/2018 - 12/22/2018 | | Pay Date: 12/28/2018 |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | | |
| Tasnuva Shamsher, 384 Avon Road, Upper Darby, PA 19082 | | | | | | ***-**-6946 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Gross Wages | 80:00 | 9.50 | 760.00 | 17,526.00 |
| Overtime (x1.5) hourly | 49:45 | 14.25 | 708.94 | 14,229.57 |
| | 129:45 | | 1,468.94 | 31,755.57 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Service Tax | 0.00 | -52.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -71.00 | -1,371.00 |
| Social Security Employee | -91.08 | -1,968.85 |
| Medicare Employee | -21.30 | -460.46 |
| PA - Withholding | -45.10 | -974.90 |
| PA - Unemployment | -0.88 | -19.05 |
| | -229.36 | -4,846.26 |
| **Net Pay** | **1,239.58** | **26,909.31** |

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - ******9412 | | | 1,239.58 |
| **Paid Time Off** | Earned | YTD Used | Available |
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

**Memo**
Direct Deposit

OHM PARAM SHANTI LLC, 233 CRITTENDEN DRIVE, NEWTOWN, PA 18940

OHM PARAM SHANTI LLC
233 CRITTENDEN DRIVE
NEWTOWN, PA 18940

Tasnuva Shamsher
384 Avon Road
Upper Darby, PA 19082

Direct Deposit

| Employee Pay Stub | | Check number: 1879 | | | Pay Period: 12/23/2018 - 01/05/2019 | | Pay Date: 01/11/2019 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | |
| Tasnuva Shamsher, 384 Avon Road, Upper Darby, PA 19082 | | | | | ***-**-6946 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Gross Wages | 80:00 | 9.50 | 760.00 | 760.00 |
| Overtime (x1.5) hourly | 45:15 | 14.25 | 644.81 | 644.81 |
| | 125:15 | | 1,404.81 | 1,404.81 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Service Tax | 0.00 | 0.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -63.00 | -63.00 |
| Social Security Employee | -87.10 | -87.10 |
| Medicare Employee | -20.37 | -20.37 |
| PA - Withholding | -43.13 | -43.13 |
| PA - Unemployment | -0.84 | -0.84 |
| | -214.44 | -214.44 |

| Net Pay | 1,190.37 | 1,190.37 |
|---|---|---|

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - ******9412 | | | 1,190.37 |
| **Paid Time Off** | Earned | YTD Used | Available |
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

**Memo**

Direct Deposit

OHM PARAM SHANTI LLC, 233 CRITTENDEN DRIVE, NEWTOWN, PA 18940

OHM PARAM SHANTI LLC
233 CRITTENDEN DRIVE
NEWTOWN, PA 18940

Tasnuva Shamsher
384 Avon Road
Upper Darby, PA 19082

Direct Deposit

| Employee Pay Stub | Check number: 1887 | | | | Pay Period: 01/06/2019 - 01/19/2019 | | Pay Date: 01/25/2019 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | |
| Tasnuva Shamsher, 384 Avon Road, Upper Darby, PA 19082 | | | | | ***-**-6946 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Gross Wages | 80:00 | 9.50 | 760.00 | 1,520.00 |
| Overtime (x1.5) hourly | 55:15 | 14.25 | 787.31 | 1,432.12 |
| | 135:15 | | 1,547.31 | 2,952.12 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Service Tax | 0.00 | 0.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -78.00 | -141.00 |
| Social Security Employee | -95.93 | -183.03 |
| Medicare Employee | -22.44 | -42.81 |
| PA - Withholding | -47.50 | -90.63 |
| PA - Unemployment | -0.93 | -1.77 |
| | -244.80 | -459.24 |
| **Net Pay** | **1,302.51** | **2,492.88** |

| Direct Deposit | Amount |
|---|---|
| Checking - ******9412 | 1,302.51 |

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

**Memo**

Direct Deposit

OHM PARAM SHANTI LLC, 233 CRITTENDEN DRIVE, NEWTOWN, PA 18940

OHM PARAM SHANTI LLC
233 CRITTENDEN DRIVE
NEWTOWN, PA 18940

Tasnuva Shamsher
384 Avon Road
Upper Darby, PA 19082

Direct Deposit

| Employee Pay Stub | | Check number: 1896 | | | | Pay Period: 01/20/2019 - 02/02/2019 | Pay Date: 02/08/2019 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | SSN / Status (Fed/State) | Allowances/Extra |
| Tasnuva Shamsher, 384 Avon Road, Upper Darby, PA 19082 | | | | | | ***-**-6946   Married/Withhold | Fed-2/0/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Gross Wages | 80:00 | 9.50 | 760.00 | 2,280.00 |
| Overtime (x1.5) hourly | 42:30 | 14.25 | 605.63 | 2,037.75 |
| | 122:30 | | 1,365.63 | 4,317.75 |

| Direct Deposit | Amount |
|---|---|
| Checking - ******9412 | 1,159.41 |
| Memo | |
| Direct Deposit | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Service Tax | 0.00 | 0.00 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -59.00 | -200.00 |
| Social Security Employee | -84.67 | -267.70 |
| Medicare Employee | -19.80 | -62.61 |
| PA - Withholding | -41.93 | -132.56 |
| PA - Unemployment | -0.82 | -2.59 |
| | -206.22 | -665.46 |
| **Net Pay** | **1,159.41** | **3,652.29** |

OHM PARAM SHANTI LLC, 233 CRITTENDEN DRIVE, NEWTOWN, PA 18940