**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

TASNUVA  SHAMSHER                                     Chapter 13

                Debtor            Bankruptcy No. 19-10909-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

      **AND NOW**, this ____29th____ day of ____August____, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

      **ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
KENNETH E. WEST ESQUIRE
830 LANSDOWNE AVENUE

DREXEL HILL, PA 19026

Debtor:
TASNUVA  SHAMSHER

384 AVON ROAD

UPPER DARBY, PA 19082