United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10909-mdc
Tasnuva Shamsher                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 2          Date Rcvd: Aug 29, 2019
                             Form ID: pdf900        Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
db              Tasnuva Shamsher,    384 Avon Road,   Upper Darby, PA 19082-4702
14273148       +KML Law Group,    701 Market Street, Suite 5000,   BNY Independence Center,
                 Philadelphia, PA 19106-1541
14273150        Mr. Cooper,    PO Box 619096,   Dallas, TX 75261-9094
14304192      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,   d/b/a Mr. Cooper,   P.O. Box 619096,
                 Dallas, TX 75261-9741)
14275552       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    C/O KEVIN G. MCDONALD,   KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
14273151        Noor Bhuiyan,    384 Avon Rd,   Upper Darby, PA 19082-4702
14273152        Upper Darby Township,    100 Garrett Road,   Upper Darby, PA 19082-3135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 30 2019 03:18:01     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 30 2019 03:17:29
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 30 2019 03:17:51     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 30 2019 03:30:55
                 Capital One Auto Finance, a division of Capital On,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14273146        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 30 2019 03:30:10
                 Capital One Auto Finance,    3901 Dallas Pkwy,   Plano, TX 75093-7864
14275114       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 30 2019 03:30:09
                 Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
14293418       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 30 2019 03:30:09
                 Capital One Auto Finance, a division of Capital On,   P.O. Box 4360,   Houston, TX 77210-4360
14273147        E-mail/PDF: creditonebknotifications@resurgent.com Aug 30 2019 03:30:16     Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
14285668        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2019 03:30:17     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14273149       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2019 03:31:01     LVNV Funding. LLC,
                 15 S. Main St., Suite 700,   Resurgent Capital Services,   Greenville, SC 29601-2793
14304190       +E-mail/Text: bankruptcyteam@quickenloans.com Aug 30 2019 03:17:50     Quicken Loans Inc.,
                 635 Woodward Avenue,   Detroit, MI 48226-3408
                                                                                     TOTAL: 11

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0313-2          User: Stacey              Page 2 of 2          Date Rcvd: Aug 29, 2019
                             Form ID: pdf900           Total Noticed: 18

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2019 at the address(es) listed below:
          JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
           jschwartz@mesterschwartz.com
          KENNETH E. WEST    on behalf of Debtor Tasnuva   Shamsher dwabkty@aol.com,
           G6211@notify.cincompass.com
          KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,   philaecf@gmail.com
                                                                                      TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TASNUVA  SHAMSHER                                    Chapter 13

                        Debtor                  Bankruptcy No. 19-10909-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

    **AND NOW**, this _____29th_____ day of _____August_____, 201<u>9</u>, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
KENNETH E. WEST ESQUIRE
830 LANSDOWNE AVENUE

DREXEL HILL, PA 19026

Debtor:
TASNUVA  SHAMSHER

384 AVON ROAD

UPPER DARBY, PA 19082