UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
Tasnuva Shamsher :
Debtor(s) : NO. 18-10909 MDC

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

    Tasnuva Shamsher has filed a Motion To Reinstate Chapter 13 Bankruptcy and Vacate Order Dismissing Chapter 13 Proceeding Under Title 11 U.S.C.

    Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

    1.    If you do not want the Court to grant the relief sought in the motion, then on or before October 22, 2019, you or your attorney must do all of the following:

    (a)    file an answer explaining your position at:

United States Bankruptcy Court
Robert N. C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:

Kenneth E. West, Esquire
DOUGLASS, WEST & ASSOCIATES
830 Lansdowne Avenue
Drexel Hill, PA 19026

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge, in Courtroom #2 at the United States Bankruptcy Court, Robert N. C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299 on November 7, 2019 at 11:00 A.M., or as soon thereafter as counsel can be heard, to consider the motion.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the Hearing has been cancelled because no one filed an answer.

Dated: October 8, 2019                        */s/Kenneth E. West*
                                              KENNETH E. WEST, ESQUIRE
                                              Douglass, West & Associates
                                              830 Lansdowne Avenue
                                              Drexel Hill, PA  19026
                                              Phone No.:    610-446-9000
                                              Fax No.:      610-449-5380
                                              Counsel for Debtor(s)