UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        CHAPTER  13
                                          :
Tasnuva Shamsher                          :
              Debtor(s)                   :        NO. 18-10909 MDC

## **CERTIFICATE OF SERVICE**

    I, Kenneth E. West, Esquire, of Douglass, West & Associates, counsel for debtor(s), hereby certify that on October 8, 2019, a copy of the Motion to Reinstate the Chapter 13 Bankruptcy and the Order Requiring Answer and Notice of Hearing to Consider Motion was served upon all creditors and the Trustee (either by regular mail or electronic delivery) to the mailing address that was listed on the original matrix or to the updated mailing address (or email address) as listed on the proof of claim.

Dated: October 8, 2019                    */s/Kenneth E. West*
                                          KENNETH E. WEST, ESQUIRE
                                          Douglass, West & Associates
                                          830 Lansdowne Avenue
                                          Drexel Hill, PA  19026
                                          Phone No.:     610-446-9000
                                          Fax No.:       610-449-5380
                                          Counsel for Debtor(s)