UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Tasnuva Shamsher | : | |
| Debtor(s) | : | NO. 19-10909 MDC |

## **CERTIFICATION OF NO OBJECTION**

With no objection having been served on Counsel for Debtor, Kenneth E. West, Esquire, of Douglass, West and Associates, it is hereby requested an Order be entered approving the Motion to Reinstate Chapter 13 and Vacate Order Dismissing Chapter 13 Proceeding under Title 11 U.S.C.

Respectfully submitted,

Dated: October 31, 2019

*/s/Kenneth E. West*
KENNETH E. WEST, ESQUIRE
Douglass, West & Associates
830 Lansdowne Avenue
Drexel Hill, PA  19026
Phone No.:   610-446-9000
Fax No.:      610-449-5380
Counsel for Debtor(s)