UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        CHAPTER 13
                                                :
Tasnuva Shamsher                                :        19-10909
        Debtor(s)                               :        NO. 18-10909 MDC

## ORDER

AND NOW, this 7th day of November, 2019, upon the Motion of Kenneth E. West, Esquire, it is hereby ORDERED and DECREED that the above referenced Chapter 13 bankruptcy be reinstated, the Order dismissing said action be vacated and that the case be re-listed for Confirmation.

BY THE COURT:

_____
                                            J.

Kenneth E. West, Esquire
Douglass, West & Associates
830 Lansdowne Avenue
Drexel Hill, PA  19026

William C. Miller, Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107