UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        CHAPTER 13
                                          :
Tasnuva Shamsher                          :
         Debtor(s)                        :        NO. 19-10909 MDC

## CERTIFICATE OF SERVICE
## PLAN TO ALL CREDITORS

I, Kenneth E. West, Esquire, attorney for the above-debtor(s), hereby certify that on February 4, 2020, a copy of the Amended Chapter 13 Plan was served upon all creditors and the Trustee (either by regular mail or electronic delivery) to the mailing address that was listed on the original matrix or to the updated mailing address (or email address) as listed on the proof of claim.

Dated: February 4, 2020              */s/ Kenneth E. West*
                                     KENNETH E. WEST, ESQUIRE
                                     Douglass, West & Associates
                                     830 Lansdowne Avenue
                                     Drexel Hill, PA  19026
                                     Phone No.:   610-446-9000
                                     Fax No.:     610-449-5380
                                     Counsel for Debtor(s)