# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         : CHAPTER 13
**Tasnuva Shamsher**                    :
                                               :  BANKRUPTCY NO. **19-10909 MDC**
        Debtor (s)

## **P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 3/5/2020 At 09:30 A.M. before the Hon. Magdeline D. Coleman.

                Respectfully submitted,

Date: 2/5/2020                /s/Leeane O. Huggins, Esquire for
                                     William C. Miller, Esquire
                                     Chapter 13 Standing Trustee
                                     P.O. Box 1299
                                     Philadelphia, PA  19105

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Tasnuva Shamsher | : |
| Debtor(s) | : BANKRUPTCY NO.  19-10909 mdc |

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the Praecipe to Relist on the following parties at the address(es) listed below by first class mail.

Tasnuva Shamsher
384 Avon Road
Upper Darby, PA 19082-4702

Kenneth E. West
Douglass, West and Associates
830 Lansdowne Avenue
Drexel Hill, PA 19026

Kevin P. Callahan, Esquire
U.S. Department of Justice
Office of the United States Trustee
Eastern District of Pennsylvania
200 Chestnut Street, Suite 502
Philadelphia, PA  19106


Date: 2/5/2020                                         /s/Leeane O. Huggins, Esquire for
                                                                   William C. Miller, Esquire
                                                                   Chapter 13 Standing Trustee