**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 19-10909-MDC

TASNUVA SHAMSHER

384 AVON ROAD

UPPER DARBY, PA 19082

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TASNUVA SHAMSHER

384 AVON ROAD

UPPER DARBY, PA 19082

Counsel for debtor(s), by electronic notice only.

KENNETH E. WEST ESQUIRE
830 LANSDOWNE AVENUE

DREXEL HILL, PA 19026

Date: 4/6/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee