**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
TASNUVA SHAMSHER

Chapter 13

Debtor

Bankruptcy No. 19-10909-MDC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

April 30, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
KENNETH E. WEST ESQUIRE
830 LANSDOWNE AVENUE

DREXEL HILL, PA 19026

Debtor:
TASNUVA SHAMSHER

384 AVON ROAD

UPPER DARBY, PA 19082